JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RECICLAJES INTERNACIONALES RECYNTER S.A.<br>Plaintiff,<br><br>v.<br><br>COMERCIO INTERNACIONALES DE METALES, INC., et al.,<br>Defendants. | Case No. CV 09-7938 DSF (CWx)<br><br>JUDGMENT OF DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION |

The Court having found that Plaintiff has not shown a basis for subject matter jurisdiction, and the Court having concluded that it lacks subject matter jurisdiction,

IT IS ORDERED AND ADJUDGED that the Plaintiffs take nothing, and that the action be dismissed without prejudice.

DATED: February 4, 2010

_____
DALE S. FISCHER
United States District Judge